IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3: 10cv262

| | |
|---|---|
| GENERAL STAR NATIONAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> Vs. <br><br> STATE OF NORTH CAROLINA, NORTH CAROLINA PUBLIC OFFICERS AND EMPLOYEES LIABILITY INSURANCE COMMISSION, MARK A. ISLEY, BILL LANE, and FLOYD LEE BROWN, <br><br> Defendants. | ORDER |

**THIS MATTER** is before the court on initial review. Review of the parties reveals that the undersigned has a conflict requiring recusal in this mater.

### ORDER

**IT IS, THEREFORE, ORDERED** that the undersigned respectfully recuses himself (attorney recusal) from consideration of this matter.

Signed: June 3, 2011

Max O. Cogburn Jr.
United States District Judge