# United States District Court
# For The Western District of North Carolina
# Charlotte Division

General Star National Insurance Company ,

      Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                          3:10-cv-262

NC Public Officers and Employees
Liability Insurance Commission, et al,

      Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 21, 2011 Order.

                                              Signed: September 21, 2011

                                              Frank G. Johns, Clerk
                                              United States District Court